IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DEBORAH DENISE PUCKETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:05CV283 |
| | ) | |
| SUPERIOR COURT JUDGE CLARENCE W. CARTER; DISTRICT ATTORNEY C. RICKY BOWMAN; ANGELA PUCKETT, ASSISTANT DISTRICT ATTORNEY; KAREN ADAMS and HEATHER BOWEN, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

For the reasons discussed in the Memorandum Opinion filed contemporaneously herewith, IT IS ORDERED, ADJUDGED AND DECREED that the Motion to Dismiss [Document #16] by Defendants Karen Adams and Heather Bowen is HEREBY GRANTED and Plaintiff's claims against them are DISMISSED WITH PREJUDICE. IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Motion to Dismiss [Document #23] by Defendants C. Ricky Bowman and Angela Puckett is GRANTED, and the claims against them are DISMISSED WITH PREJUDICE. As a result, all of Plaintiff's claims are dismissed in their entirety and this case is closed.

This, the 26th day of September, 2006.

_____
United States District Judge